S06Y0306. IN THE MATTER OF MARK SHERMAN FRASER.

(625 SE2d 756)

PER CURIAM.

On May 12, 2005, Mark Sherman Fraser was removed from the practice of law by Assisting Superior Court Judge Frank R. Cox, sitting by designation on the Superior Court of Cobb County. Fraser was disbarred on the basis of his conviction for trafficking in cocaine, a felony under Georgia law. Nonetheless, upon the State Bar's recommendation, on November 21, 2005, this Court issued an opinion suspending Fraser from the practice of law for nine months. The State Bar now moves for an order confirming Fraser's disbarment. That motion is granted and the superior court's order is hereby confirmed.

The superior courts are empowered under rules promulgated by this Court to disbar an attorney convicted of a felony. Rule 8.4 (a) (2) of Bar Rule 4-102 (d) of the Georgia Rules of Professional Conduct. See *In the Matter of Thomas E. Nave*, 258 Ga. 377 (369 SE2d 901) (1988); *Carpenter v. State*, 250 Ga. 177 (297 SE2d 16) (1982).

The clerks of the various superior courts are reminded of their obligation to forward to this Court for confirmation of a superior court's disbarment decision a certified copy of such order of disbarment entered in a superior court, so as to provide a centralized record of such dispositions. See *In the Matter of Thomas E. Nave*, supra.

*Judgment confirmed. All the Justices concur.*

DECIDED JANUARY 17, 2006.

William P. Smith III, General Counsel State Bar, Gene Chapman, Assistant General Counsel State Bar, for State Bar of Georgia.